**No. 69716.**—Abercrombie & Fitch Co. *v.* United States, protests 63/14621 and 64/22216 (New York).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of original miniatures, valued at over $2.50 each, similar in all material respects to those the subject of *Abercrombie & Fitch Company* v. *United States* (49 CCPA 129, C.A.D. 808), the claim of the plaintiff was sustained.